FILED

2023 Jul-07  AM 09:50
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

**UNITED STATES OF AMERICA,**

**VS.**                                             **Case No: 2:19-cr-466-ACA-JHE-7**
                                                          **2:21-cr-131-ACA-JHE-2**

**KLONDE DELVIUM HATTER,**
**Defendant.**

## ORDER

Defendant Klonde Delvium Hatter moved for return of property under Federal Rule of Criminal Procedure 41(g). (*See* doc. 115 in case no. 2:21-cr-131-ACA-JHE-2; doc. 813 in case no. 2:19-cr-466-ACA-JHE-7).[1] The magistrate judge entered a report recommending that the court deny the motions. (Doc. 118). The magistrate judge notified Mr. Hatter of his right to object and the consequences of failing to do so. (*Id.* at 5). Mr. Hatter has not objected. This failure waives any objections to the proposed findings and recommendations. *See* 28 U.S.C. § 636(b)(1); 11th Cir. R. 3-1. The court therefore **ADOPTS** the magistrate judge's report and **ACCEPTS** the recommendation. The court **DENIES** Mr. Hatter's motions.

---

[1] For ease of reference, the rest of this order will cite only the docket entries in case no. 2:21-cr-131-ACA-JHE-2.

**DONE** and **ORDERED** this July 7, 2023.

_____

**ANNEMARIE CARNEY AXON**
UNITED STATES DISTRICT JUDGE